UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81034-DMM

NELSON FERNANDEZ,

    Plaintiff,

v.

BOLUFE DESIGNS, LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant BOLUFE DESIGNS, LLC, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that the parties have reached a settlement in principle and anticipate submitting a consent decree with an appropriate joint motion for entry of the consent decree and dismissal of this action with prejudice within three (3) weeks.

Dated: September 16, 2022.                               Respectfully submitted,

| | |
|---|---|
| *s/ Roderick V. Hannah* | *s/ Adam S. Chotiner*[1] |
| Roderick V. Hannah, Esq. | Adam S. Chotiner, Esq. |
| FL Bar No. 435384 | FL Bar No. 0146315 |
| Roderick V. Hannah, Esq., P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 4800 N. Hiatus Road | 7777 Glades Road, Suite 400 |
| Sunrise, FL 33351 | Boca Raton, FL 33434 |
| Tel: (954) 362-3800 | Tel: (561) 477-7800 |
| Fax: (954) 362-3799 | Fax: (561) 477-7752 |
| Email: rhannah@rhannahlaw.com | Email: achotiner@sbwh.law |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

---

[1] Plaintiff's counsel has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Nelson Fernandez v. Bolufe Designs, LLC*
Case No. 9:22-cv-81034-DMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Roderick Victor Hannah, Esq.<br>E-Mail: rhannah@rhannahlaw.com<br>Roderick V. Hannah, Esq., P.A.<br>4800 North Hiatus Road<br>Sunrise, FL 33351<br>Tel: (954) 362-3800<br>Fax: (954) 362-3779<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |
| Pelayo M. Duran, Esq.<br>E-Mail: pleadings@pelayoduran.com<br>Law Office of Pelayo Duran, PA<br>4640 NW 7th Street<br>Miami, FL 33126<br>Tel: (305) 266-9780<br>Fax: (305) 269-8311<br>Counsel for Plaintiff<br>*Via CM/ECF* | |