## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81034-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

      Plaintiff,

v.

BOLUFE DESIGNS, LLC,

      Defendant.

_____/

### ORDER GRANTING MOTION FOR ENTRY OF CONSENT DECREE
### AND CLOSING CASE

THIS CAUSE is before the Court on Parties' Joint Motion to Approve Consent Decree and Dismiss Defendant with Prejudice (DE 13), filed October 5, 2022.  The Court has carefully considered the Motion and the Consent Decree which is attached to the Motion as Exhibit A, and which is signed by all parties to this action.  Accordingly, it is ORDERED AND ADJUDGED as follows:

1.  The Parties' Joint Motion to Approve Consent Decree and Dismiss Defendant with Prejudice (DE 13) is **GRANTED**.

2.  The Consent Decree is **APPROVED**, and Defendant Bolufe Designs, LLC is **DISMISSED WITH PREJUDICE**.

3.  Pursuant to the Parties' request, this Court will retain jurisdiction to enforce the Consent Decree. Jurisdiction is reserved for a period of 6 (six) months from the date of this Order.

4.  Each party will bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5.  All pending motions are hereby **DENIED AS MOOT**.

6.  The Clerk of Court is directed to **CLOSE THIS CASE**.

**SIGNED** in Chambers, at West Palm Beach, Palm Beach County, Florida, this ___7___ day of October, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE